UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER:** 3:05cr00058-R |
| **BRUCE R. ROGERS** | **DEFENDANTS** |
| **DONALD KEVIN JAGGERS** | |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by Defendant Bruce R. Rogers to Counts 1 through 4 of the Indictment, and the pleas of guilty by Defendant Donald Kevin Jaggers to Counts 2, 3 and 5 of the Indictment are hereby accepted, and the Defendants are adjudged guilty of such offenses.

Sentencing is hereby scheduled for **NOVEMBER 15, 2005 at 1:00 p.m.,** United States Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED.**

*Thomas B. Russell*

Thomas B. Russell, Judge
United States District Court

August 29, 2005

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant